Nostalgic Partners, LLC v NY Yankees Partnership (2023 NY Slip Op 00241)

Nostalgic Partners, LLC v NY Yankees Partnership

2023 NY Slip Op 00241

Decided on January 19, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 19, 2023

Before: Webber, J.P., Friedman, González, Mendez, JJ. 

Index No. 656724/20 Appeal No. 16896 Case No. 2022-00539 

[*1]Nostalgic Partners, LLC Doing Business as The Staten Island Yankees, Plaintiff-Respondent,
v
NY Yankees Partnership, Defendant-Appellant, Charles Norman Stallings, etc., et. al., Defendants.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Barry Ostrager, J.), entered on or about January 27, 2022,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated January 04, 2023,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: January 19, 2023